IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| **CHRISTINE DARBY** | ) | |
| | ) | |
| Plaintiff | ) | Civil Action No. 3:12-0691 |
| | ) | |
| v. | ) | Judge Sharp |
| | ) | Magistrate Judge Brown |
| **THE VANDERBILT UNIVERSITY** | ) | |
| | ) | |
| Defendant. | ) | |

## AGREED ORDER OF DISMISSAL

Upon agreement of the parties as evidenced by the signatures of their counsel hereto, it appearing to the Court that all matters between the matters have been compromised and settled:

It is hereby ORDERED that this matter be, and the same is hereby, dismissed with prejudice.

Entered this 29th day of February, 2013.

_____
KEVIN H. SHARP
U.S. District Court Judge

APPROVED FOR ENTRY:

 s/Jonathan L. Bobbitt
Jonathan L. Bobbitt (BPR #23515)
GILBERT RUSSELL McWHERTER PLC
101 North Highland
Jackson, Tennessee 38301
(731) 664-1340

*Attorneys for Plaintiff*

  s/William N. Ozier
William N. Ozier (BPR #003409)
BASS, BERRY & SIMS PLC
150 Third Avenue South, Suite 2800
Nashville, Tennessee 37201
(615) 742-6232

John Callison
University Counsel
Vanderbilt University
Office of General Counsel
2100 West End Avenue
Suite 750
Nashville, Tennessee 37203

*Attorneys for Defendant*

11614560.1